UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL EXCEL, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-2041 JW<br><br>**ORDER GRANTING REQUEST FOR DEFENDANTS' REPRESENTATIVE PAUL REED TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　　October 22, 2010<br>Mediator:　Steven Saltiel |

　　　IT IS HEREBY ORDERED that the request for defendants' corporate representative, Paul Reed, to be excused from personally attending the October 22, 2010 mediation session before Steven Saltiel is GRANTED. Mr. Reed shall be available at all times to participate by telephone in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

October 12, 2010　　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge