UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br>    Plaintiff,<br><br>    v.<br><br>GLOBAL EXCEL, et al.,<br>    Defendants.<br>_____/ | No. C 10-2041 JW<br><br>**ORDER DENYING REQUEST FOR PLAINTIFF'S REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:      October 22, 2010<br>Mediator:  Steven Saltiel |

IT IS HEREBY ORDERED that the request for plaintiff Community Hospital for the Monterey Peninsula's representative to be excused from personally attending the October 22, 2010 mediation session before Steven Saltiel is DENIED.  The court finds that plaintiff has not made adequate showing that requiring its representative to attend the mediation in person would cause him or her 'extraordinary or otherwise unjustifiable hardship' as required under ADR L.R. 6-10(d). Accordingly, the court DENIES the request and ORDERS the representative to appear in person.

IT IS SO ORDERED.

October 18, 2010            By:         _____
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**