1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.    (SBN 136571)
3  RICHARD A. LOVICH, ESQ. (SBN 113472)
4  KARLENE ROGERS-ABERMAN (SBN 237883)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone: (818) 559-4477
7  Facsimile: (818) 559-5484

8  Attorneys for Plaintiff,
   COMMUNITY HOSPITAL OF THE MONTEREY
9  PENINSULA, a California nonprofit corporation

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
3/31/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA, a California nonprofit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>DAVE KINGSTON PRODUCE, INC., an Idaho Corporation; and GLOBAL EXCEL MANAGEMENT, INC.; A Canadian corporation, and DOES 1-25, inclusive,<br><br>             Defendants. | Case No.: CV 10-2041 JW<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |

# [~~PROPOSED~~] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. Community Hospital of the Monterey Peninsula ("Community Hospital") shall file and serve (by mail) its First Amended Complaint within five (5) business days after the Court approves the [Proposed] Order lodged concurrently with the parties' Stipulation, and hereby grants leave to Community Hospital to file said First Amended Complaint;

2. Counsel for Defendants Dave Kingston Produce, Inc. and Global Excel Management, Inc. (collectively, "Defendants") shall accept service on behalf of Defendants; and

3. Defendants shall each file and serve an answer or otherwise respond to the First Amended Complaint within thirty (30) days from the date of service of the First Amended Complaint;

On or before April 4, 2011, Plaintiff shall file its Amended Complaint as a separate docket entry.

DATED: __March 31, 2011__     _____*James Ware*_____
                              HON. JAMES WARE
                              UNITED STATES DISTRICT CHIEF JUDGE