IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.    (SBN 136571)
3  RICHARD A. LOVICH, ESQ. (SBN 113472)
4  KARLENE ROGERS-ABERMAN (SBN 237883)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Plaintiff,
   COMMUNITY HOSPITAL OF THE MONTEREY
9  PENINSULA, a California nonprofit corporation

10

11

12               UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

14

15  COMMUNITY HOSPITAL OF THE          Case No.:  CV 10-02041 EJD
    MONTEREY PENINSULA, a California
16  nonprofit corporation,              [~~PROPOSED~~] ORDER RE JOINT
                                        STATEMENT IN RESPONSE TO
17                                      ORDER TO SHOW CAUSE
18              Plaintiff,

19         vs.

20  DAVE KINGSTON PRODUCE, INC.,
    an Idaho Corporation; and GLOBAL
21  EXCEL MANAGEMENT, INC.; A
    Canadian corporation, and DOES 1-25,
22  inclusive,
23
24              Defendants.

25

26

27

28

7545                        - 4 -           [PROPOSED] ORDER

# ~~PROPOSED~~ ORDER

Having read the foregoing Joint Statement submitted by the parties in response to the Order to Show Cause setting forth the status of settlement efforts, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Order to Show Cause presently scheduled for July 15, 2011 is hereby vacated;

2. The parties are ordered to appear before the Honorable Edward J. Davila on August 19, 2011 . at 9:00 a.m. in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Order to Show Cause shall be automatically vacated if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 419a) is filed on or before August 12, 2011.

If a dismissal is not filed on or before that date, the parties shall file a joint statement detailing the status of settlement efforts as well as the amount of additional time necessary to finalize and file the dismissal by August 12, 2011.

DATED: July 12, 2011

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE